WEAVES, J.
(dissenting). I agree with the reasoning and conclusions of Justice CAVANAGH’S dissenting opinion. This Court unanimously adopted the continuing violations doctrine in Sumner v Goodyear Tire & Rubber Co, 427 Mich 505; 398 NW2d 368 (1986). Justice BRICKLEY authored Sumner, and was joined by Justices Cavanagh, Levin, and Archer. Justice Riley, joined by Justice BOYLE, concurred in the adoption of the doctrine, but disagreed with the majority’s application of it to the facts of the case. Chief Justice WILLIAMS, in a *307 separate opinion, also concurred in the adoption of the doctrine. I am not persuaded that the adoption of the doctrine was unwarranted or that, after nineteen years, the doctrine should be abandoned.
KELLY, J., concurred with WEAVER, J.